## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| HOPEDALE MINING LLC, et al., | Case No. 1:20-bk-12043 (GRH) |
| Debtors.[1] | (Jointly Administered) |
| | Hon. Guy R. Humphrey |

### NOTICE OF FIRM NAME CHANGE

To:  See Attached Certificate of Service

**YOU ARE HEREBY GIVEN NOTICE** that with respect to the above-captioned matter, effective **April 3, 2023** the firm name of **Freeborn & Peters LLP** is changed to:

Smith Gambrell & Russell LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
sderousse@sgrlaw.com
ejanczak@sgrlaw.com

Please note the new firm email addresses listed above and update your records accordingly.

---

[1] The Debtors in these chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Rhino GP LLC (8619) Rhino Resource Partners LP (7517), Rhino Energy LLC (6320), Rhino Trucking LLC (8773), Rhino Exploration LLC (8863), Triad Roof Support Systems LLC (1183), Springdale Land LLC (9816), McClane Canyon Mining LLC (3783), Rhino Northern Holdings LLC (1858), CAM-Ohio Real Estate LLC (1859), CAM-Colorado LLC (4269), Taylorville Mining LLC (5106), CAM Coal Trading LLC (4143), Castle Valley Mining LLC (9495), Jewell Valley Mining LLC (0270), Rhino Services LLC (3356), Rhino Oilfield Services LLC (8938), Rhino Technologies LLC (0994), CAM Mining LLC (2498), Rhino Coalfield Services LLC (3924), Hopedale Mining LLC (9060), CAM-Kentucky Real Estate LLC (9089), CAM-BB LLC (9097), Leesville Land LLC (7794), CAM Aircraft LLC (5467), Pennyrile Energy LLC (6095), Rhino Eastern LLC (1457), Rockhouse Land LLC (7702).

Dated: April 3, 2023

**SMITH GAMBRELL & RUSSELL LLP**

By: /s/ Elizabeth L. Janczak
    One of Its Attorneys

Shelly A. DeRousse, Esq.*
Elizabeth L. Janczak, Esq.*
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com
*Admitted Pro hac vice*

*Counsel for GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services, solely in its capacity as the Liquidating Trustee of the Hopedale Creditors' Trust*

## CERTIFICATE OF SERVICE

      I, Elizabeth L. Janczak, an attorney, hereby certify that on April 3, 2023, I caused a true and correct copy of the foregoing *Notice of Firm Name Change,* to be filed with the Court and served upon the following parties by the manner listed.

**CM/ECF Service List**

Amelia Martin Adams    amelia.adams@skofirm.com
Daniel M Anderson    Daniel.Anderson@icemiller.com, Erin.Lovins@icemiller.com
Kyle Frank Arendsen    kyle.arendsen@squirepb.com, sarah.conley@squirepb.com;kyle-f-arendsen-5494@ecf.pacerpro.com
Philomena S Ashdown    psashdown@strausstroy.com, ecf-aff8387f9a82@ecf.pacerpro.com
Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
William C Ballard    wballard@wvago.gov
Travis Kent Barber    kbarber@barberlawky.com
Robert B Berner    rberner@baileycav.com, lpatterson@baileycav.com
John P Brice    jbrice@wyattfirm.com, Lexbankruptcy@wyattfirm.com
Louis M Bubala    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com,bsheehan@kcnvlaw.com
Patrick W Carothers    pcarothers@ch-legal.com, ghauswirth@ch-legal.com;dtomko@ch-legal.com;cfaber@ch-legal.com
Margaret A Castro    margaret.castro@usdoj.gov, katherine.hartung@usdoj.gov;CaseView.ECF@usdoj.gov
Erik G Chappell    egc@lydenlaw.com
Julia Ann Chincheck    jchincheck@bowlesrice.com, ajones@bowlesrice.com
Jennifer Kay Christian    jchristian@millerlaw-firm.com
Gregory D Delev    bankruptcy@delevlaw.com
Sarah C Ellis    sarah.ellis@steptoe-johnson.com
David A. Felice    dfelice@baileyglasser.com
Christopher M Foy    Christopher.Foy@ilag.gov, RLS@ilag.gov
Eric Thomas Frye    efrye@c-wlaw.com, chewitt@c-wlaw.com
Michael J Gartland    mgartland@dlgfirm.com
Geoffrey S Goodman    ggoodman@foley.com
Maria C Mariano Guthrie    mguthrie@keglerbrown.com, bpaugh@keglerbrown.com;mfata@keglerbrown.com
Alexandra Siebler Horwitz    allie.horwitz@dinsmore.com
Michael E Idzkowski    michael.idzkowski@ohioattorneygeneral.gov, sandra.finan@ohioattorneygeneral.gov
Matthew Indrisano    matthew.indrisano@usdoj.gov, efile_ees.enrd@usdoj.gov
Scott A Kane    scott.kane@squirepb.com, sarah.conley@squirepb.com
Clay Kenneth Keller    ckkeller@jacksonkelly.com
Ellen Kennedy    dsbankruptcy@dinsmore.com
Timothy J Kern    timothy.kern@ohioattorneygeneral.gov, Sandra.finan@ohioattorneygeneral.gov
Monica V Kindt    Monica.kindt@usdoj.gov

Tami Hart Kirby    tkirby@porterwright.com, wreynolds@porterwright.com;ahiggins@porterwright.com;tschreckengost@porterwright.com;erickard@porterwright.com
Jason Charles Kuhlman    jason@jckuhlmanlaw.com
Matthew D Lee    mdlee@foley.com, jbedner@foley.com;matt-lee-6371@ecf.pacerpro.com
Stephen D Lerner    stephen.lerner@squirepb.com, sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com
Jon J Lieberman    bankruptcy@sottileandbarile.com
Douglas L Lutz    dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com; sbryant@fbtlaw.com; sbryant@ecf.inforuptcy.com; eseverini@fbtlaw.com
Donald W Mallory    DWMallory@woodlamping.com, jaarnold@woodlamping.com
Samantha Martin    smartin@stroock.com, mmagzamen@stroock.com; dmohamed@stroock.com; fmerola@stroock.com; mlaskowski@stroock.com
Timothy Mayer    tmayer@strobobarkley.com
Kelly E McCauley    kmccauley@wtplaw.com, sharding@wtplaw.com;llescallette@wtplaw.com
Frank A Merola    fmerola@stroock.com
Bobby R Miller    bmiller@millerlaw-firm.com
Branden P Moore    bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;amccollough@mcguirewoods.com;ashipley@mcguirewoods.com;fguadagnino@mcguirewoods.com
Mary Elisabeth Naumann    kybankruptcy@jacksonkelly.com, mnaumann@ecf.courtdrive.com;ble@jacksonkelly.com;ble@ecf.courtdrive.com
Richard J Parks    rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
Gregory Duane Pavey    gregory.pavey@skofirm.com
James M Pierson    jpierson@piersonlegal.com
Raymond J Pikna    rjpikna@woodlamping.com, jhiltenbeitel@woodlamping.com
Holly S Planinsic    hplaninsic@hmhy.com, kschrack@hmhy.com;jcowan@hmhy.com
Michael R Proctor    mproctor@bowlesrice.com, lcrown@bowlesrice.com
Kenneth M Richards    krichards@LNLattorneys.com
Justin W Ristau    jristau@bricker.com, aklein@bricker.com
Michael J Roeschenthaler    mroeschenthaler@wtplaw.com, llescallette@wtplaw.com;dschimizzi@wtplaw.com
Nathan Quinn Rugg    nathan.rugg@bfkn.com
Benjamin A Sales    benjamin.a.sales@usdoj.gov
Matthew T Schaeffer    mschaeffer@baileycav.com, lpatterson@baileycav.com
Daniel Schimizzi    dschimizzi@wtplaw.com, llescallette@wtplaw.com
Dennis J Shaffer    dshaffer@wtplaw.com
Billy Ray Shelton    bshelton@sbhlegal.net
Drayer Bott Spurlock    dspurlock@napierlawoffice.com
Robert Marcus Stonestreet    rstonestreet@babstcalland.com, sburgess@babstcalland.com
Nancy A Valentine    valentinen@millercanfield.com, waldroup@millercanfield.com
Daniel I. Waxman    diw@kewafinancial.com
A.J. Webb    awebb@fbtlaw.com, awebb@ecf.inforuptcy.com

/s/ Elizabeth L. Janczak